JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENT G. LEHMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ORANGE COUNTY SHERIFFS DEPARTMENT, et. al.,<br><br>　　　　　　Defendants. | NO. SACV-24-02520-JLS (AGR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal without Prejudice,

IT IS ADJUDGED that judgment is entered for Defendants and this entire action is dismissed without prejudice for failure to prosecute.

DATED:  October 13, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　United States District Judge